IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

    Plaintiff,

vs.                        CASE NO. 5:10cv289/RS-EMT

UNKNOWN FEDERAL AGENTCY [sic],

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 14) and Plaintiff's objections (Docs. 18 and 19).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. This case is dismissed for lack of jurisdiction.
3. The clerk is directed to close the file.

**ORDERED** on January 5, 2011.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**